| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy      02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   All American Black Car Service, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   dba ABC Limo Service

3. **Debtor's federal Employer Identification Number (EIN)**  
   5 4 - 1 9 7 9 2 2 7

4. **Debtor's address**

   **Principal place of business**  
   25004 Falling Brook Cir.  
   Number    Street

   Aldie         VA     20105  
   City          State  ZIP Code

   _____  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   Number    Street

   _____  
   P.O. Box

   _____  
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  
   Number    Street

   _____  
   City          State  ZIP Code

5. **Debtor's website (URL)**  
   www.abclimosineservices.com

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **All American Black Car Service, Inc.**_____   Case number (if known) _____

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   __4__ __8__ __5__ __3__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11.   *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
              District _____ When _____ Case number _____
                                    MM / DD / YYYY
              District _____ When _____ Case number _____
                                    MM / DD / YYYY

Debtor **All American Black Car Service, Inc.**     Case number (if known) _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When _____ MM / DD / YYYY
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When _____ MM / DD / YYYY
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street
    _____
    _____
    City        State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

## Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor **All American Black Car Service, Inc.**                Case number (if known) _____

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **03/23/2023**
    MM / DD / YYYY

    X **/s/ Sohail Cheema**              **Sohail Cheema**
    Signature of authorized representative of debtor    Printed name

    Title **President**

18. **Signature of attorney**

    X **/s/ John P. Forest, II**                  Date **03/23/2023**
    Signature of attorney for debtor              MM / DD / YYYY

    **John P. Forest, II**
    Printed name
    **Law Office of John P. Forest, II**
    Firm name
    **11350 Random Hills Rd., Suite 700**
    Number    Street

    **Fairfax**                          **VA**       **22030**
    City                                 State       ZIP Code

    **(703) 691-4940**                   **j.forest@stahlzelloe.com**
    Contact phone                        Email address
    **33089**
    Bar number                           State

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: ALL AMERICAN BLACK CAR SERVICES, INC.<br><br>Debtor | Docket Number 23-_____-BFK<br>Chapter 11 (Subchapter V) |

## LIST OF 20 LARGEST UNSECURED CLAIMS

Attached hereto is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accord with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims:

All American Black Car Service, Inc.

By:    /s/ Sohail Cheema
Name: Sohail Cheema
Title:  President

Date:  March 23, 2022

ATTACHMENT – LIST OF 20 LARGEST CLAIMS:

**PayPal Business Loans**
c/o WebBank
3505 Silverside Rd., Suite 200
Wilmington, DE 19810

and

215 S. State St., Suite 1000
Salt Lake City, UT 84111

**LoanBuilder**
c/o WebBank
3505 Silverside Rd., Suite 200
Wilmington, DE 19810

and

215 S. State St., Suite 1000
Salt Lake City, UT 84111

**WebBank**
3505 Silverside Rd., Suite 200
Wilmington, DE 19810

and

215 S. State St., Suite 1000
Salt Lake City, UT 84111

**American Express National Bank**
P.O. Box 30384
Salt Lake City, UT 84130

**American Express**
P.O. Box 1270
Newark, NJ 07101-1270

**Bank of America, N.A.**
P.O. Box 45224
Jacksonville, FL 32232-5224

and

P.O. Box 17237
Wilmington, DE 19886-7237

**U.S. Small Business Administration**
409 3rd St., S.W.
Washington, DC 20416

**Internal Revenue Service**
Centralized Insolvency Ops.
Box 7346
Philadelphia, PA 19101-7346

**Va. Dept. of Taxation**
P.O. Box 1115
Richmond, VA 23218-1115

# MINUTES OF THE SPECIAL MEETING
# OF THE DIRECTORS OF ALL AMERICAN BLACK CAR SERVICE, INC.

Minutes of the special meeting of the Board of Directors of All American Black Car Service, Inc. (the "Corporation") called pursuant to proper notice and the vote of the Directors as indicated by their signatures hereon.

WHEREAS, it is appropriate that the Corporation consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that Sohail Z. Cheema be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Corporation; and

RESOLVED, that Sohail Z. Cheema be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Corporation.

DATED and effective this 23rd day of March 2023.

There being no further business, the meeting was thereupon adjourned.

/s/ Sohail Cheema
Secretary

APPROVED:

/s/ Sohail Cheema
Chairman

Director:

/s/ Sohail Cheema
Sohail Cheema

# RESOLUTION OF
## THE DIRECTORS OF ALL AMERICAN BLACK CAR SERVICE, INC.

  A Resolution of the Board of Directors of All American Black Car Service, Inc., (the "Corporation") made upon and pursuant to proper notice and the vote of the Directors as indicated by their signatures hereon.

  WHEREAS, the undersigned believe it is appropriate that the Corporation consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

  RESOLVED, that Sohail Z. Cheema be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Corporation; and

  RESOLVED, that Sohail Z. Cheema be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Corporation.

  DATED and effective this 23rd day of March 2023.

  There being no further business, the meeting was thereupon adjourned.


                /s/ Sohail Cheema
                Secretary
APPROVED:


/s/ Sohail Cheema
Chairman            Director:


                /s/ Sohail Cheema
                Sohail Cheema

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re   All American Black Car Services, Inc.

Case No.

Chapter   11

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) __✔__   flash drive listing a total of __12__ creditors; or

(b) _____   scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

/s/ Sohail Cheema
Debtor

_____
Joint Debtor

Date:  March 23, 2023        *[Check if applicable]* _____ Creditor(s) with foreign addresses included on flash drive/hard copy.

[cscredit ver. 11/19]

```
Jamshaid Gondal
4350 Lee Highway
Apt. G-1
Arlington, VA 22207

Mohammad Sheiryar
4350 Lee Highway
Apt. G-1
Arlington, VA 22207

Sohail Cheema
25004 Falling Brook
Aldie, VA 20105

James T. Bacon, Esq.
NOTICE PARTY
1350 Random Hills Rd., Suite 700
Fairfax, VA 22030

J. Chapman Petersen, Esq.
NOTICE PARTY
3970 Chain Bridge Rd.
Fairfax, VA 22030

Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1940

Ally Financial
P.O. Box 380902
Bloomington, MN 55348-0902

Santander Bank, N.A.
3 Huntington Quadrangle
Suite 101N
Melville, NY 11747

Stantander Bank, N.A.
75 State St.
Boston, MA 02109 USA

PayPal Business Loans
c/o WebBank
3505 Silverside Rd., Suite 200
Wilmington, DE 19810

LoanBuilder
c/o WebBank
3505 Silverside Rd., Suite 200
Wilmington, DE 19810
```

```
WebBank
3505 Silverside Rd., Suite 200
Wilmington, DE 19810

PayPal Business Loans
c/o WebBank
215 S. State St., Suite 1000
Salt Lake City, UT 84111

LoanBuilder
c/o WebBank
215 S. State St., Suite 1000
Salt Lake City, UT 84111

WebBank
215 S. State St., Suite 1000
Salt Lake City, UT 84111

American Express National Bank
P.O. Box 30384
Salt Lake City, UT 84130

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Bank of America
P.O. Box 17237
Wilmington, DE 19886-7237

Bank of America, N.A.
P.O. Box 45224
Jacksonville, FL 32232-5224

U.S. Small Business Admin.
409 3rd St., S.W.
Washington, DC 20416

Internal Revenue Service
Centralized Insolvency Ops.
Box 7346
Philadelphia, PA 19101-7346

Va. Dept. of Taxation
P.O. Box 1115
Richmond, VA 23218-1115
```